# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ALEXANDER MILLER,<br><br>                              Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN DIEGO, *et al*.,<br><br>                              Defendants. | Case No. 26-cv-2314-BAS-JLB<br><br>**ORDER REJECTING PLAINTIFF'S DECLARATION IN SUPPORT OF REQUEST FOR DEFAULT**<br>**(ECF No. 11)** |

Plaintiff Stephen Alexander Miller filed suit in federal court under 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff alleged federal and state law claims against multiple Defendants, including: the County of San Diego; Deputy Shawn Gurren; Correctional Healthcare Partners, Inc.; and Teena Pizza, Inc. (*Id*.) Plaintiff is self-represented.

Plaintiff now submits a declaration in support of a request for the Clerk's entry of default, pursuant to Federal Rule of Civil Procedure 55(a), against Defendant Teena Pizza, Inc. (ECF No. 11.) As relevant here, Plaintiff's declaration states, "Defendant Teena Pizza, Inc., dba, Tony Pepperoni Pizzeria was personally served through its registered agent for service of process, Joseph Locricchio, on April 28, 2026." (*Id*.)

Under Rule 4(l)(1): "Unless service is waived, proof of service must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be by the server's affidavit." Fed. R. Civ. P. 4(l)(1).

- 1 -

Here, Plaintiff submitted an affidavit confirming service; however, as required by Rule 4, this "proof must be by the server's affidavit." *See Ning Ye v. Holder*, 644 F. Supp. 2d 112, 120–21 (D.D.C. 2009) (citation modified) ("Plaintiff has filed a personal 'affidavit of service' in which he attests that 'he has caused to duly serve' the federal defendants 'by personal service . . . via private process servers.' This is not competent proof of service because such proof must be made by affidavit of the server."). In short, to comply with Rule 4, Plaintiff must include the server's affidavit supporting proof of service.

Upon review, the Court **REJECTS** Plaintiff's declaration in support of an entry of default. Plaintiff may resubmit an entry of default.

**IT IS SO ORDERED.**

**DATED: June 5, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv2314